IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD KIRKLEWSKI,

    Plaintiff,

v.

THE STATE OF WISCONSIN and
J.B. VAN HOLLEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-348-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case for lack of jurisdiction.

_____  _____
Peter Oppeneer, Clerk of Court    7/6/10 Date